IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN L. SPRADLEY,

                    Plaintiff,

      v.

STATE OF OREGON, et al.,

                    Defendants.

Case No. 6:11 CV 1141-TC

O R D E R

      Magistrate Judge Coffin filed his Findings and Recommendation on October 22, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this 29th day of November, 2012.

                              Ann Aiken, United States District Judge

Order -- Page 1